UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

DONNA G. MANESS, )
)
    Petitioner, )
)
v. ) NOS. 2:10-cv-84; 2:08-cr-58(7)
) *Judge Jordan*
UNITED STATES OF AMERICA, )
)
    Respondent. )

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion, petitioner's *pro se* motion to vacate, set aside, or correct a sentence filed under 28 U.S.C. § 2255 is **DISMISSED with prejudice**. For reasons stated in the opinion, should petitioner give timely notice of an appeal from this order, such notice will be treated as an application for a certificate of appealability, which is hereby **DENIED,** given her failure to make a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b).

    **IT IS SO ORDERED**.

    **ENTER:**

                                                 LEON JORDAN
                                    UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
    s/ *Debra C. Poplin*
      CLERK OF COURT